IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01731-PAB

JORGE ORTIZ, as next of friend and parent of
I.O., a minor,

    Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
EVANS ARMY COMMUNITY HOSPITAL,
KATHRYN M. ZAMBONI-CUTTER, M.D.,
STEPHEN JONES, M.D.,
DONALD ROBINSON, M.D.,
CATHERINE HADLEY, R.N., C.N.M.,
KRIS PETERS, R.N.,
DODI JOHNSON, R.N.,
CAROL PUTZI, R.N.,
ELIZABETH DICAMPLI, R.N.,
RENEE WILLIAMS, R.N.,
ANN BOLAND, R.N.,
SUNHEE LEE, R.N.,
MARY GOECKER, R.N.,
ANNIE MAI, R.N.,
ANDREA NOVIAN, L.P.N.,
THERESA MAXIMENKO, L.P.N.,
CINDY RAU-SOBOTKA, C.R.N.A.,
KOKO CANTRELL, C.R.N.A.,
EMILY LECLAIR, C.R.N.A.,

    Defendants.

## ORDER

    This matter is before the Court on a review of the docket. Plaintiff's Complaint [Docket No. 1] and the Civil Cover Sheet [Docket No. 1-1] include the full name of a minor. As such, the filings appear to violate Fed. R. Civ. P. 5.2(a).

Therefore, it is

**ORDERED** that the Complaint [Docket No. 1] and the Civil Cover Sheet [Docket No. 1-1] shall be restricted at Level One.  It is further

**ORDERED** that, on or before **5:00 p.m.** on **Wednesday, July 11, 2012**, plaintiff shall indicate whether the protections of Rule 5.2(a) have been waived and, if not, plaintiff shall re-file without restrictions redacted copies of Docket Nos. 1 and 1-1 that comply with Federal Rule of Civil Procedure 5.2(a).

DATED July 9, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge