IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01731-PAB

JORGE ORTIZ, as next friend and parent of I.O., a minor,

    Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
EVANS ARMY COMMUNITY HOSPITAL,
KATHRYN M. ZAMBONI-CUTTER, M.D.,
STEPHEN JONES, M.D.,
DONALD ROBINSON, M.D.,
CATHERINE HADLEY, R.N., C.N.M.,
KRIS PETERS, R.N.,
DODI JOHNSON, R.N.,
CAROL PUTZI, R.N.,
ELIZABETH DICAMPLI, R.N.,
RENEE WILLIAMS, R.N.,
ANN BOLAND, R.N.,
SUNHEE LEE, R.N.,
MARY GOECKER, R.N.,
ANNIE MAI, R.N.,
ANDREA NOVIAN, L.P.N.,
THERESA MAXIMENKO, L.P.N.,
CINDY RAU-SOBOTKA, C.R.N.A.,
KOKO CANTRELL, C.R.N.A.,
EMILY LECLAIR, C.R.N.A.,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO INDIVIDUAL DEFENDANTS
_____

This matter comes before the Court on Plaintiff's Motion to Dismiss Individual Defendants Without Prejudice [Docket No. 59]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that Plaintiff's Motion to Dismiss Individual Defendants Without Prejudice [Docket No. 59] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against the following defendants are dismissed without prejudice, with each party to bear its own attorneys' fees and costs:

Kathryn M. Zamboni-Cutter, M.D.
Stephen Jones, M.D.
Donald Robinson, M.D.
Catherine Hadley, R.N., C.N.M.
Kris Peters, R.N.
Dodi Johnson, R.N.
Carol Putzi, R.N.
Elizabeth DiCampli, R.N.
Renee Williams, R.N.
Ann Boland, R.N.
Sunhee Lee, R.N.
Mary Goecker, R.N.
Annie Mai, R.N.
Andrea Novian, L.P.N.
Theresa Maximenko, L.P.N.
Cindy Rau-Sobotka, C.R.N.A.
Koko Cantrell, C.R.N.A.
Emily LeClair, C.R.N.A.

DATED December 20, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge