## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01731-PAB-KMT

JORGE ORTIZ, as next friend and parent of I.O., a minor,

    Plaintiff,

v.

UNITED STATES OF AMERICA, by and through Evans Army Community Hospital,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 76] of Judge Philip A. Brimmer entered on September 30, 2013 it is

    **ORDERED** that the United States' Motion to Dismiss [Docket No. 37], converted to a motion for summary judgment pursuant to Fed. R. Civ. P. 56, is **GRANTED**. It is

    **FURTHER ORDERED** that this case is dismissed in its entirety. It is

    **FURTHER ORDERED** that the Defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of September, 2013.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                s/Kathy Preuitt-Parks
                                                Kathy Preuitt-Parks
                                                Deputy Clerk